## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U48C | 09861293 | Olson | R886 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 12/14/2022  0925 | 43 CFR 5462.2(b)(1) |

Place of Offense

Indian Creek  37.983102, -109.514959

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Cutting and damaging trees

### DEFENDANT INFORMATION

Last Name: Finucane    First Name: Devin    M.I.: R

Street Address: ▇▇▇▇▇▇▇▇

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ZOOM

Date: July 7
Time: 1000 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*09861293*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 December 2022 while exercising my duties as a law enforcement officer in the Federal District of Utah

☒ Please see attachment ☒

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/14/2023    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident