# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DEVIN R. FUNICANE,<br><br>        Defendant. | ORDER APPROVING STIPULATED DISPOSITION<br><br>**Case Nos.**<br>**2:23-PO-00356;**<br>**2:23-PO-00357; and**<br>**2:23-PO-00359**<br><br>**Case No. 2:23-PO-00356**:<br><br>COUNT I: Cutting and Damaging Trees (43 C.F.R. § 5462.2(b)(1))<br>VN No. 09861293/U48C<br><br>COUNT II--Dismissed<br><br>COUNT III: Possession of a Controlled Substance--LSD, (43 C.F.R. § 8365.1-4(b)(2))<br>VN No. 098161295/U48C<br><br>COUNT IV: Willfully Deface, Remove, or Destroy Plants, Soil, Rocks, Minerals, or Caves (43 C.F.R. § 8365.1-5(a)(2))<br>VN No. 098161296/U48C<br><br>COUNT V: Possession of a Controlled Substance—Psilocybin Mushrooms (43 C.F.R. § 8365.1-4(b)(2))<br>VN No. 09861297/U48C<br><br>COUNT VI: Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202)<br>VN No. 09861299/U48C |

|  | **Case No. 2:23-PO-00357** |
|---|---|
|  | COUNT I: Willfully Disturbing Archeological Resource (43 C.F.R. 8365.1-5(a)(1)) VN No. 09861298/U48C |
|  | **Case No. 2:23-PO-00359** |
|  | COUNT I: Littering (43 C.F.R. 4140.1(b)(6)) VN No. 09861300/U48C |
|  | Magistrate Judge Dustin Pead |

WHEREFORE, it is hereby Ordered, Adjudged, and Decreed that:

1. The Court ACCEPTS the Defendant's guilty plea for Count VI in Case No. 2:23-PO-356, Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C.

2. The MOTION to DISMISS WITH PREJUDICE in Case No. 2:23-PO-356 Count I: Cutting and Damaging Trees in violation of 43 C.F.R. § 5462.2(b)(1) (VN No. 09861293/U48C); Count III: Possession of a Controlled Substance--LSD, in violation of 43 C.F.R. § 8365.1-4(b)(2) (VN No. 098161295/U48C); Count IV: Willfully Deface, Remove, or Destroy Plants, Soil, Rocks, Minerals, or Caves (43 C.F.R. § 8365.1-5(a)(2)) VN No. 098161296/U48C; and Count V: Possession of a Controlled Substance—Psilocybin Mushrooms, in violation of 43 C.F.R. § 8365.1-4(b)(2) (VN No. 09861297/U48C) is GRANTED.

3. The MOTION to DISMISS WITH PREJUDICE in Case No. 2:23-PO-00357 Count I: Willfully Disturbing Archeological Resource, in violation of 43 C.F.R. 8365.1-5(a)(1) (VN No. 09861298/U48C) is GRANTED.

4. For Count VI: Unattended Personal Property on Public Lands Longer than 48 Hours (43

C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C, the Defendant shall abide by all regulations governing public lands found in Title 43 of the Code of Federal Regulations, including but not limited to, the 14-day camping limits found in 43 C.F.R.§ 8365.1-6; FRD 92-30202, the regulation preventing the cutting and damaging of trees in 43 C.F.R. § 5462.2(b)(1), the regulation prohibiting the possession of controlled substances found in 43 C.F.R. § 8365.1-4(b)(2), the regulation preventing the defacing, removal, or destruction of plants, soils, rocks, minerals, or caves found in 43 C.F.R. § 8365.1-5(a)(2), the regulation prohibiting persons from leaving personal property unattended on public lands longer than 48 hours found in 43 C.F.R. § 8365.1-6; the regulation prohibiting the disturbance of archeological resources found in 43 C.F.R. 8365.1-5(a)(1)), and the regulation prohibiting littering found in 43 C.F.R. 4140.1(b)(6) for a period of twelve (12) months.

5.     At the conclusion of the twelve (12) month term, and if the Defendant has fully complied with the terms of the disposition in paragraph 7 above, and received no new federal or state criminal violations, the Court will dismiss with prejudice COUNT VI: Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C.

DONE, this 26th day of October, 2023.

_____
DUSTIN PEAD
UNITED STATES MAGISTRATE JUDGE